**No. 61219.**—Accurate Millinery Co. et al. *v.* United States, protests 287920–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 61220.**—Halper Bros., Inc., et al. *v.* United States, protests 292189–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 61221.**—Frances Hirsch *v.* United States, protest 309402–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of fur hoods, valued at more than $18 and not more than $24 per dozen, the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 25, 1957

**No. 61222.**—Mon Hing Co. *v.* United States, protest 280371–K (New York).